Attorneys for Plaintiffs,
Bubalo Hiestand & Rotman, PLC
9300 Shelbyville Road, Suite 215
Louisville, KY 40222
(502) 753-1600

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 3:06-cv-03174-CRB<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| JOHNNIE ANDERSON, as Personal Representative of the Estate of LORETTA ANDERSON<br><br>Plaintiff,<br><br>vs.<br><br>MERCK & CO., INC; PFIZER, INC; JOHN DOE ONE; JOHN DOE TWO; JAMES D. CHARASIKA, MD; LOUISVILLE PRIMARY CARE, PSC; and JANE HUDNALL, ARNP<br><br>Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Comes now the Plaintiff, JOHNNIE ANDERSON, as PERSONAL REPRESENTATIVE of the ESTATE of LORETTA ANDERSON, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

| | | |
|---|---|---|
| 1 | DATED: 12-14, 2009 | BUBALO HIESTAND & ROTMAN, PLC |
| 2 | | |
| 3 | | By: *Leslie M. Cronen* |
| | | Leslie M. Cronen |
| 4 | | Attorneys for Plaintiffs |
| 5 | DATED: 12-14, 2009 | DARBY & GAZAK |
| 6 | | |
| 7 | | By: *James E. Smith / with permission by LMCronen* |
| | | David Gazak |
| 8 | | James E. Smith |
| | | Attorneys for Defendants James Charasika, MD |
| 9 | | and Jane Hudnall, ARNP |
| 10 | DATED: Jan. 13, 2010 | DLA PIPER LLP (US) |
| 11 | | By: *[signature]* |
| 12 | | Michelle W. Sadowsky |
| | | Attorneys for Defendants |

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: JAN 1 9 2010

*[signature]*

Hon. Charles R. Breyer
United States District Court

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**