1

2  Attorneys for Plaintiffs,
   Bubalo Hiestand & Rotman, PLC
3  9300 Shelbyville Road, Suite 215
   Louisville, KY 40222
4  (502) 753-1600

5

6

7

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11

12                                              ) Case No. 3:06-cv-03174-CRB
   IN RE: BEXTRA AND CELEBREX                   )
13 MARKETING SALES PRACTICES AND                ) MDL NO. 1699
   PRODUCT LIABILITY LITIGATION                 ) District Judge: Charles R. Breyer
14                                              )
                                                )
15 JOHNNIE ANDERSON, as Personal                )
   Representative of the Estate of              )
16 LORETTA ANDERSON                             ) STIPULATION AND ORDER OF
                                                ) DISMISSAL WITH PREJUDICE
17                    Plaintiff,                )
                                                )
18              vs.                             )
                                                )
19 MERCK & CO., INC; PFIZER, INC; JOHN          )
   DOE ONE; JOHN DOE TWO; JAMES D.              )
20 CHARASIKA, MD; LOUISVILLE PRIMARY
   CARE, PSC; and JANE HUDNALL, ARNP
21
                      Defendants.
22

23
         Comes now the Plaintiff, JOHNNIE ANDERSON, as PERSONAL REPRESENTATIVE
24
   of the ESTATE of LORETTA ANDERSON, and Defendants, by and through the undersigned
25
   attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the
26
   dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.
27

28

                                              -1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

DATED: 12-14, 2009    BUBALO HIESTAND & ROTMAN, PLC

By: *Leslie M. Cronen*
Leslie M. Cronen
Attorneys for Plaintiffs

DATED: 12-14, 2009    DARBY & GAZAK

By: *James E. Smith / with permission by LMCronen*
David Gazak
James E. Smith
Attorneys for Defendants James Charasika, MD
and Jane Hudnall, ARNP

DATED: Jan. 13, 2010    DLA PIPER LLP (US)

By: *Michelle W. Sadowsky*
Michelle W. Sadowsky
Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: JAN 1 9 2010

Hon. Charles R. Breyer
United States District Court

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**